UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Douglas C Dye<br>   Emly J Dye<br><br>               Debtors | CASE NO: 10-33635<br>     (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 0/ 0 | Douglas C Dye & Emly J Dye<br>1010 White Oak Drive<br>Springfield, OH  45504 | 778.00 |
| 0/ 0 | Douglas C Dye & Emly J Dye<br>1010 White Oak Drive<br>Springfield, OH  45504 | 778.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service  10-33635

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| Douglas C Dye | DAVID R WIECHEL | (69.1n) |
| Emly J Dye | 1839 TENNYSON AVE | ASCENSION CAPITAL GROUP INC |
| 1010 White Oak Drive | DAYTON, OH  45406-4053 | ATTN CAPITAL ONE AUTO FINANCE |
| Springfield, OH  45504 | | BOX 201347 |
| | | ARLINGTON, TX  76006 |

(67.1n)
MARY E KRASOVIC
MANLEY DEAS KOCHALSKI LLC
BOX 165208
COLUMBUS, OH  43216

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv